No. 89–6911.  MATOUSEK *v.* UNITED STATES.  C. A. 8th Cir.
Certiorari denied.

No. 89–6912.  TAYLOR *v.* DEPARTMENT OF HEALTH AND
HUMAN SERVICES.  C. A. Fed. Cir.  Certiorari denied.

No. 89–6913.  OBREGON *v.* UNITED STATES.  C. A. 11th Cir.
Certiorari denied.

No. 89–6918.  WAX *v.* SULLIVAN, WARDEN.  C. A. 2d Cir.
Certiorari denied.

No. 89–6941.  GUERRA *v.* UNITED STATES.  C. A. 2d Cir.
Certiorari denied.

No. 89–6952.  MAMI *v.* VAN ZANDT, SUPERINTENDENT, HUD-
SON CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 89–6961.  CONTRERAS-ESPINOSA ET AL. *v.* UNITED STATES.
C. A. 9th Cir.  Certiorari denied.

No. 89–6973.  CLARK *v.* UNITED STATES.  C. A. 11th Cir.
Certiorari denied.